**Order entered September 14, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00221-CR
No. 05-20-00225-CR
No. 05-20-00226-CR
No. 05-20-00227-CR
No. 05-20-00228-CR
No. 05-20-00229-CR
No. 05-20-00230-CR
No. 05-20-00231-CR
No. 05-20-00232-CR
No. 05-20-00234-CR

**ROBERT MICHAEL KESSLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-84524-2018 Counts I, II, III, IV, V,**
**VI, VII, VIII, IX AND X**

**ORDER**

We **GRANT** appellant's September 10, 2020 third motion for extension of

time to file his brief and **ORDER** appellant's brief due by October 9, 2020.

/s/     LANA MYERS
JUSTICE